UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LARANCUENT

- against -

FDR SERVICES

------------------------------------------------------------X

08 Civ. 9126 (HB)

POST-MEDIATION ORDER
OF DISCONTINUANCE

The parties having participated in a mediation before me and having reached a disposition as follows:

(1) The ∆ will pay the auditor bill for $19,700
(2) No interest on back pay
(3) One Union Rep will come to check & review out meeting on 2 High with answer questions + for 45 minutes only.
(4) The arbitrator bill will be paid 50/50 by the parties
(5) Any other open items will be resolved pursuant to the terms of the settlement agreement which will be executed w/in 30 days from date or any party can apply to reopen this matter

It is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. The parties are aware that a failure to perform in accordance with the above disposition may result in the entry of a judgment against the non-performing party.

Dated: New York, New York
12/22/09

I agree:

_____
Plaintiff

_____
Attorneys for Plaintiff

_____
Defendant

Kimberly Klein
Attorneys for Defendant

_____
Harold Baer, Jr., U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/09

1. The defendant will pay the auditor bill for $19,700.

2. No interest on back pay.

3. One union rep will come to check giving out meeting only.  He/she will answer questions for 45 minutes only.

4. The arbitrator bill will be paid 50/50 by the parties

5. Any other open items will be resolved pursuant to the terms of the settlement agreement which will be executed within 30 days from date or any party can apply to reopen this matter.